IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY J. JOHNSON**                                                           **PLAINTIFF**

V.                         **NO. 4:20CV00743 BRW-JTK**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 2nd day of August, 2021.

                                                   Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TIMOTHY J. JOHNSON**                                                 **PLAINTIFF**

**V.**                          **NO. 4:20CV00743 BRW-JTK**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY J. JOHNSON**                                                             **PLAINTIFF**

V.                           **NO. 4:20CV00743 BRW-JTK**

**COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE