IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY J. JOHNSON                                                                              PLAINTIFF

V.                                      NO. 4:20CV00743 BRW-JTK

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 2nd day of August, 2021.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE