IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY JOHNSON                                                                                    PLAINTIFF

VS.                                            4:20-CV-00743-BRW

KILOLO KIJAKAZI                                                                                    DEFENDANT
**Acting Commissioner, Social Security Administration**

## ORDER

Pending is Plaintiff's unopposed Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 22).

Since the hours spent by counsel were reasonable, the motion is GRANTED and Plaintiff is entitled to attorney's fees and costs of $6,612.60

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[1]

IT IS SO ORDERED this 22nd day of September, 2021.

                                          Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE

---

[1] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).